IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Diabate C. Amadou, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>Circle Park, Charter Behavioral )<br>Health, and Joseph Adedokun, )<br>)<br>       Defendants. )<br>_____) | Civil Action No.: 4:10-cv-2602-TLW-TER |

## ORDER

On October 6, 2010, the plaintiff, Diabate C. Amadou ("plaintiff"), proceeding pro se, filed this civil action. (Doc. # 1). The case was referred to United States Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 47). On October 13, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. # 30) be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and this case be dismissed in its entirety. (Doc. # 47). The plaintiff filed no objections to the Report. Objections were due on October 31, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 47). For the reasons articulated by the Magistrate Judge, the defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. # 30) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(6) and this case is **DISMISSED** in its entirety. In light of this ruling, all other pending motions are now **MOOT**.

**IT IS SO ORDERED**.

s/Terry L. Wooten  
United States District Judge

December 2, 2011  
Florence, South Carolina